UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Hammer |
| v. | : | Mag. No. 19-40016 |
| YULIA RADOCHINSKAYA | : | **ORDER FOR DISMISSAL** |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Craig Carpenito, United States Attorney for the District of New Jersey (by Ryan L. O'Neill, Assistant United States Attorney, appearing), hereby dismisses the Complaint, Mag. No. 19-40016 (MAH), against YULIA RADOCHINSKAYA, charging the defendant with a violation of 18 U.S.C. § 1001(a)(2), because further prosecution of these charges are not in the interests of the United States at this time.

This dismissal is without prejudice.

_____
CRAIG CARPENITO
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

s/Michael A. Hammer
_____
HON. MICHAEL A. HAMMER
United States Magistrate Judge

Dated: 11/13/2020